IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TAMMI HAWKINS on behalf of
  TAMARA HAWKINS                                                                     PLAINTIFF

v.                              No. 5:05CV00224 SWW

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                         DEFENDANT

## JUDGMENT

Pursuant to the Court's order filed in this matter this date, judgment is hereby entered affirming the final determination of the Commissioner and dismissing Plaintiff's case with prejudice.

IT IS SO ORDERED this 19th day of May 2006.

                                                 /s/Susan Webber Wright

                                                 UNITED STATES DISTRICT JUDGE